P. Vega
1314 South 1st Street
Milwaukee, WI 53204

US District CourtHouse
Eastern District of Wisconsin at Milwaukee
Office of the Clerk
Suite 362
517 East Wisconsin Avenue
Milwaukee, WI 53202




**USPS FIRST-CLASS MAIL®**

U.S. POSTAGE $0.90
FCM
53203
Date of sale 10/09/23
02  6W SSK
9815300955

1.30 oz
RDC 99

SHIP TO:
MILWAUKEE WI 53202


(420) 53202


SCANNED
OCT 12 2023
U.S. District Service
Eastern District of Wisconsin

Case 2:23-cv-01357-PP   Filed 10/12/23   Page 1 of 1   Document 1-2