# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

GINA M. COLLETTI
CLERK

TEL: 414-297-3372
www.wied.uscourts.gov

October 13, 2023

Pablito Vega
1314 S 1st St
Milwaukee, WI 53204

Re: **Vega v. Community Development Financial Institution Local Initiatives Support Corporation Milwaukee Office et al**
**Case No. 23-CV-1357**

Dear Mr. Vega:

This case has been assigned to Chief District Judge Pamela Pepper, who presides in the Milwaukee Division of the Court. Please mail all future filings for this case to: United States District Court, Office of the Clerk, 517 East Wisconsin Avenue, Room 362, Milwaukee, Wisconsin 53202.

Please read the numbered paragraphs below. Failure to comply with either of these requirements may result in the Court's dismissal of your case without further notice.

1. The court will communicate with you through the mail. If your mailing address changes while this case is pending, you must immediately notify the court.
2. The fee for filing a civil rights complaint is $402.00. If you are unable to pay the filing fee, you may file a Request to Proceed in District Court Without Prepaying the Filing Fee (form enclosed). You must submit either the filing fee or your request within 21 days of the date of this letter.

A form regarding magistrate judge jurisdiction is enclosed for your consideration. This form must be returned to the Court within 21 days of the date of this letter.

Very truly yours,

GINA M. COLLETTI
Clerk of Court

s/T. Byal
Deputy Clerk