

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

CLERK USDC EDWI
FILED
2023 OCT 20 P 2: 15

**Plaintiff(s),**

Pablito Vega

v.

Case No. 23-CV-1357

**Defendant(s).**

LISC + MEDC

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

This form must be filed with the Clerk of Court within 21 days of receipt. Although choosing to have your case decided by a magistrate judge is optional and refusal will not have adverse substantive consequences, the timely return of this completed form is mandatory.

If you do not consent to a magistrate judge hearing your case, a district judge will hear your case. Aside from cases subject to the Prison Litigation Reform Act, magistrate judges in this district generally play no further role in civil cases pending before district judges and do not issue reports and recommendations.

Magistrate judges do not conduct felony trials, and therefore felony trials do not interfere with scheduling and processing of cases before magistrate judges.

**Check one:**

☒ The undersigned attorney of record or pro se litigant **consents** to have Magistrate Judge Stephen C. Dries conduct all proceedings in this case, including a bench or jury trial, and enter final judgment in accordance with 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73(b).

☐ The undersigned attorney of record or pro se litigant **refuses** to have a magistrate judge enter final judgment in this matter.

Signed this 18 day of October, 2023
(date) (month) (year)

Signature: 18 Oct 23

Signature of counsel of record or pro se litigant
☒ Plaintiff / petitioner (attorney or pro se litigant)
☐ Defendant / respondent (attorney or pro se litigant)
☐ Other party

Form mailed on 13 Oct 23 from Office of Clerk

P. Vega
1314 South 1st Street
Milwaukee, WI 53204

MILWAUKEE WI 530
18 OCT 2023 PM 4 L

U.S. Marshals Service
District of Wisconsin
OCT 20 2023

Office of the Clerk
US District Court House
Eastern District Milwaukee Division
517 E. Wisconsin Avenue, Rm 362
Milwaukee, WI 53202

In Re: 23-CV-1357

*[signature]*

18 Oct 2023