UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

PABLITO VEGA,

    Plaintiff,

vs.

    Case No. 23-CV-1357

COMMUNITY DEVELOPMENT FINANCIAL
  INSTITUTION LOCAL INITIATIVES SUPPORT
  CORPORATION MILWAUKEE OFFICE,

COMMUNITY DEVELOPMENT FINANCIAL
  INSTITUTION MILWAUKEE ECONOMIC
  DEVELOPMENT CORPORATION,

    Defendants.

**DEFENDANT MILWAUKEE ECONOMIC DEVELOPMENT CORPORATION'S
NOTICE OF MOTION AND
MOTION TO DISMISS**

## NOTICE OF MOTION AND MOTION TO DISMISS

PLEASE TAKE NOTICE THAT, on a date and at a time to be set by the Court, Defendant Milwaukee Economic Development Corporation, by its attorneys, will move the U.S. District Court for the Eastern District of Wisconsin located at Milwaukee, Wisconsin, to grant its Motion to Dismiss for Failure to State a Claim Upon Which Relief can be Granted and enter an order as follows:

1. Dismissing Plaintiff's Complaint with prejudice; and

2. Granting such other and further relief as this Court deems just and equitable.

This motion is brought pursuant to Fed. R. Civ. P. 12(b)(6) and is premised on Defendant's Brief in Support of its Motion to Dismiss, the Declaration of David Latona, as well as the file, proceedings, and record herein.

Dated this 15 day of December, 2023

        Amundsen Davis, LLC
        Attorneys for Defendant

        *Emily M. Behn – Electronically signed*
By:_____
        Lawrence J. Glusman - State Bar No. 1024507
        Emily M. Behn - State Bar No. 1119202

MAILING ADDRESS:
111 E. Kilbourn Avenue, Suite 1400
Milwaukee, WI 53202
Phone: (414) 225-1413
lglusman@amundsendavislaw.com
ebehn@amundsendavislaw.com