UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

PABLITO VEGA,

       Plaintiff,

vs.

       Case No. 23-CV-1357

COMMUNITY DEVELOPMENT FINANCIAL
   INSTITUTION LOCAL INITIATIVES SUPPORT
   CORPORATION MILWAUKEE OFFICE,

COMMUNITY DEVELOPMENT FINANCIAL
   INSTITUTION MILWAUKEE ECONOMIC
   DEVELOPMENT CORPORATION,

       Defendants.

## DECLARATION OF DAVID E. LATONA
## IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FOR
## FAILURE TO STATE A CLAIM

| | |
|---|---|
| STATE OF WISCONSIN | ) |
| | ) SS |
| COUNTY OF MILWAUKEE | ) |

I, David E. Latona, having been first duly sworn on oath, depose and state the following:

1.     I make this Declaration in support of Defendants' Motion to Dismiss for Failure to State a Claim Upon Which Relief May be Granted.

2.     I have personal knowledge of all facts attested to within this Declaration.

3.     I am currently the President of the Milwaukee Economic Development Corporation (MEDC) and have been employed by the organization since 1998.

4.     I have personal knowledge of the Diverse Business Initiative Grant program and MEDC's administration thereof.

5. MEDC did not receive final guidance on how it was to disburse the grants from the Wisconsin Department of Administration until January 2023.

6. Due to this, MEDC was unable to approve grant applications until January 10, 2023.

7. I declare under penalty of perjury that the foregoing is true and correct.

Dated this 15th day of December, 2023.

*David E. Latona*
David E. Latona

Subscribed and sworn to before me
this 15th day of December, 2023

*Diane M Manol*
Notary Public, State of Wisconsin
My Commission: 07/10/2027