# United States District Court
# Wisconsin eastern District at Milwaukee Division

Pablito Vega, Petitioner

**CASE: 23-CV-1357**

Vs.

Community Development Financial Institution
Milwaukee Economic Development Corporation
Respondent I



U.S. District Court
Wisconsin Eastern
DEC 2 1 2023
FILED
Clerk of Court

&

Community Development Financial Institution
Local Initiative Support Corporation Milwaukee Office
Respondent II

## Motion for Default Judgment

Before the Court is a Motion for Default Judgment on behalf of Pablito Vega against Respondent LISC for failure to comply with filing an Answer to the § 1691 Complaint within 60 days of service dated 20 October 2023 in the matter 23 CV 1357. The § 1691 Complaint signed on 9 October 2023 and received file-stamped by the Clerk of Court on the 12 October 2023 was due an Answer on or before 19 December 2023, 60 days from 20 October 2023 when the § 1691 Complaint was served on Respondent LISC. Pablito Vega prays the Court issues an Order of Default Judgment against Respondent LISC in the amount sought within the § 1691 Complaint of $800,000.

★ On 9 October 2023 the Petitioner Vegas signed the § 1691 Complaint.
★ On 12 October 2023 the § 1691 Complaint was filed-stamped-received by the Clerk of the Court and given case number 23-CV-1357.
★ On 20 October 2023 § 1691 Complaint was served on Respondent LISC.

An answer was due 60 days from 20 October 2023 which fell on 19 December 2023 that has not been met by the failure of Respondent LISC to provide that Answer. The Court should be advised that LISC refused to file anything, and that included an Answer or Appearance, acknowledge the Waiver-of-Service by returning such to Petitioner Vega with a date of receipt or the Consent for Magistrate Judge within 21 days as of being served the § 1691 Complaint on 20 October 2023 by the Petitioner Vega.

Respondent MEDC however has acknowledged the Waiver-of-Service by returning such to Petitioner Vega with a date of receipt of 1 NOVEMBER 2023. But has not filed an Appearance & Consent for Magistrate Judge. MEDC has provided an Answer prior to 19 December 2023, doing so on 15 DECEMBER 2023. But MEDC can only speak for MEDC and not speak for LISC who has refused to acknowledge the jurisdiction of the Court. LISC can't use MEDCs Counsel to speak for LISC. LISC has to speak for itself, which it has not. LISC can't use as a human shield its reasoning or its rationale for not responding.

Therefore, since Respondent LISC has refused to provide an Answer to 23 CV 1357, Vega v. LISC & MEDC prior to 19 December 2023, 60 days from 20 October 2023 the Petitioner Vega ask the Court to issue an ORDER of Default Judgment against Respondent LISC in the amount of $800,000 for failure to respond to the § 1691 Complaint.



Pablito Vega
Quantitative Analyst
Vega Global Advisors
1314 South First Street
Lobby Suite
Milwaukee WI 53204
1-609-874-9129 Phone
1-248-748-2676 Fax
Vegas_P@outlook.com

*Pablito Vega 19 DEC 2023*

PABLITO VEGA                DATE

Sob juramento de lei, Pablito Vega, que sos es uno de los Europello más marravillozzo de tododeis de los Europellos y jura que a sua declaração está correta e não diz mais nada sobre a seguinte pergunta de oz Santos Europellos en vosotros cielo gloriozzo de oz Europello mas pode rozzo des di Saa-Maria y Judia y les pedodeis a la Europella toda pode rozza en vosotros cielo glorizzo Santa Cecilia de los Santos proteccioneis contrais el enfermo enemigo de la santa paz y tranquilidad.

Please take notice that on 19 DECEMBER 2023 Pablito Vega deposited into the USPS the attached MOTION to be filed with the Clerk of the US District Court at Wisconsin Eastern District Milwaukee Division. Pablito Vega certifies under the penalty of perjury and criminal liability that a copy of this Notice of Filing along with the MOTION will be served upon the parties listed below.

# United States District Court
# Wisconsin Eastern District at the Milwaukee Division

According to USPS Receipt Number 840-55300219-5-4255545-2 with a ID USPS Clerk Number 85 on 20 October 2023 at 6:37 CST LISC was served the Complaint along with the Waiver-of-Service to be delivered on or before 23 October 2023 to the address noted below from the USPS facility located at 345 West Saint Paul Avenue, Milwaukee WI 53203. To this day of 19 DECEMBER 2023 LISC has refused to respond to 23-CV-1357, thus by deception also refusing to acknowledge the jurisdiction of the Court in its efforts to use as a human shield LISCs reasoning or LISCs rationale for not responding to 23-CV-1357.

## NOTICE OF FILING & PROOF OF SERVICE

| | |
|---|---|
| Community Development Financial Institution | PABLITO VEGA |
| Office of Legal Counsel | Vega Global Advisors |
| LISC Milwaukee Office | MID-WEST REGION OFFICE |
| 234 West Florida Street | 1314 South First Street |
| Suite 204 | LOBBY SUITE |
| Milwaukee, WI 53204 | Milwaukee, WI 53204 |
| Phone: 414.273.1815 | 1-609-974-9129 PHONE |
| Fax: 414.273.2036 | 1-248-748-2576 FAX |