

SHIP TO:

MILWAUKEE WI 53202

(420) 53202

In Re: 23CV1357 Vega v. MEDC + LISC