UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

PABLITO VEGA,

        Plaintiff,

                                          Case No. 23-CV-1357

vs.

COMMUNITY DEVELOPMENT FINANCIAL
   INSTITUTION LOCAL INITIATIVES SUPPORT
   CORPORATION MILWAUKEE OFFICE,
COMMUNITY DEVELOPMENT FINANCIAL
   INSTITUTION MILWAUKEE ECONOMIC
   DEVELOPMENT CORPORATION,

        Defendants.

## CERTIFICATE OF SERVICE

The undersigned, Emily M. Behn, hereby certifies that on today's date she caused a copy of the following documents to be served on Pablito Vega by U.S. Mail to: 1314 1st Street, Milwaukee, WI 53204.

4:      Notice of Motion and Motion to Dismiss

5.      Brief in Support of Motion to Dismiss

6.      Declaration of David E. Latona

Dated this 2nd day of January, 2024.

                    Amundsen Davis, LLC
                    Attorneys for Defendant

                    *Emily M. Behn – Electronically signed*
                    By:_____
                    Lawrence J. Glusman - State Bar No. 1024507
                    Emily M. Behn - State Bar No. 1119202

MAILING ADDRESS:
111 E. Kilbourn Avenue, Suite 1400
Milwaukee, WI 53202
Phone: (414) 225-1413
lglusman@amundsendavislaw.com
ebehn@amundsendavislaw.com