P. Vega
1314 South 1st Street
Milwaukee, WI 53204

Retail

UNITED STATES POSTAL SERVICE

53202

RDC 99

U.S. POSTAGE PAID
FCM LETTER
MILWAUKEE, WI 53202
DEC 29, 2023

$0.66

R2304M112277-11

**United States District Court House**
**Eastern District of Wisconsin at Milwaukee Division**
**Office of the US Clerk**
**Suite Office 362**
**517 East Wisconsin Avenue**
**MILWAUKEE WI 53202**