UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

PABLITO VEGA,

      Plaintiff,

vs.

                          Case No. 23-CV-1357

COMMUNITY DEVELOPMENT FINANCIAL
   INSTITUTION LOCAL INITIATIVES SUPPORT
   CORPORATION MILWAUKEE OFFICE,

COMMUNITY DEVELOPMENT FINANCIAL
   INSTITUTION MILWAUKEE ECONOMIC
   DEVELOPMENT CORPORATION,

      Defendants.

---

## NOTICE OF APPEARANCE

---

      PLEASE TAKE NOTICE that Emily M. Behn of Amundsen Davis, LLC, hereby appears in this action as the attorneys for the defendant, Milwaukee Economic Development Corporation, and requests that all further notices, pleadings or other matters in this case be served via the Eastern District of Wisconsin's electronic filing system.

      Dated this 3rd day of January, 2024.

                            Amundsen Davis, LLC
                            Attorneys for Defendant

                            *Emily M. Behn – Electronically signed*
                        By:_____
                        Lawrence J. Glusman - State Bar No. 1024507
                        Emily M. Behn - State Bar No. 1119202

MAILING ADDRESS:
111 E. Kilbourn Avenue, Suite 1400
Milwaukee, WI 53202
Phone: (414) 225-1413
lglusman@amundsendavislaw.com
ebehn@amundsendavislaw.com