UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

PABLITO VEGA,

      Plaintiff,

vs.

      Case No. 23-CV-1357

COMMUNITY DEVELOPMENT FINANCIAL
  INSTITUTION LOCAL INITIATIVES SUPPORT
  CORPORATION MILWAUKEE OFFICE,
COMMUNITY DEVELOPMENT FINANCIAL
  INSTITUTION MILWAUKEE ECONOMIC
  DEVELOPMENT CORPORATION,

      Defendants.

## CERTIFICATE OF SERVICE

The undersigned, Emily M. Behn, hereby certifies that on today's date she caused a copy of the following document to be served on Pablito Vega by U.S. Mail to: 1314 1st Street, Milwaukee, WI 53204.

**Notice of Appearance of Emily Behn**

Dated this 3rd day of January, 2024.

      Amundsen Davis, LLC
      Attorneys for Defendant Milwaukee Economic Development Corp.

      *Emily M. Behn – Electronically signed*
By:_____
      Lawrence J. Glusman - State Bar No. 1024507
      Emily M. Behn - State Bar No. 1119202

MAILING ADDRESS:
111 E. Kilbourn Avenue, Suite 1400
Milwaukee, WI 53202

Phone: (414) 225-1413
lglusman@amundsendavislaw.com
ebehn@amundsendavislaw.com