UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

PABLITO VEGA,

    Plaintiff,

vs.

Case No. 23-CV-1357

COMMUNITY DEVELOPMENT FINANCIAL
   INSTITUTION LOCAL INITIATIVES SUPPORT
   CORPORATION MILWAUKEE OFFICE,

COMMUNITY DEVELOPMENT FINANCIAL
   INSTITUTION MILWAUKEE ECONOMIC
   DEVELOPMENT CORPORATION,

    Defendants.

## MILWAUKEE ECONOMIC DEVELOPMENT CORPORATION:

## CIVIL LOCAL RULE 7.1 DISCLOSURE STATEMENT

The undersigned, counsel of record for Milwaukee Economic Development Corporation ("MEDC") furnishes the following list in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1:

1. <u>Full name of every party represented in this action</u>: Milwaukee Economic Development Corporation

2. <u>Corporate ownership</u>: MEDC is a Wisconsin nonstock corporation, and there is no parent corporation and no publicly held corporation owning 10% or more of MEDC's stock, as it has no stock or owners.

3. <u>Names of all law firms whose attorneys will or are expected to appear</u>:

   Larry Glusman, Esq.
   Amundsen Davis, LLC
   111 East Kilbourn Avenue, Suite 1400
   Milwaukee, WI 53202

Emily Behn, Esq.
Amundsen Davis, LLC
111 East Kilbourn Avenue, Suite 1400
Milwaukee, WI 53202

Dated this 4th day of January, 2024.

                    Amundsen Davis, LLC
                    Attorneys for Defendant

                    *Emily M. Behn – Electronically signed*
By:_____
Lawrence J. Glusman - State Bar No. 1024507
Emily M. Behn - State Bar No. 1119202

<u>MAILING ADDRESS</u>:
111 E. Kilbourn Avenue, Suite 1400
Milwaukee, WI 53202
Phone: (414) 225-1413
lglusman@amundsendavislaw.com
ebehn@amundsendavislaw.com