UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

PABLITO VEGA,

    Plaintiff,

vs.

Case No. 23-CV-1357

COMMUNITY DEVELOPMENT FINANCIAL
  INSTITUTION LOCAL INITIATIVES SUPPORT
  CORPORATION MILWAUKEE OFFICE,
COMMUNITY DEVELOPMENT FINANCIAL
  INSTITUTION MILWAUKEE ECONOMIC
  DEVELOPMENT CORPORATION,

    Defendants.

---

## CERTIFICATE OF SERVICE

---

The undersigned, Emily M. Behn, hereby certifies that on today's date she caused a copy of the following document to be served on Pablito Vega by U.S. Mail to: 1314 1st Street, Milwaukee, WI 53204.

**<u>Milwaukee Economic Development Corporation: Civil Local Rule 7.1 Disclosure Statement</u>**

Dated this 4th day of January, 2024.

    Amundsen Davis, LLC
    Attorneys for Defendant Milwaukee Economic
    Development Corp.

        *Emily M. Behn – Electronically signed*
    By:_____
    Lawrence J. Glusman - State Bar No. 1024507
    Emily M. Behn - State Bar No. 1119202

<u>MAILING ADDRESS:</u>
111 E. Kilbourn Avenue, Suite 1400
Milwaukee, WI 53202
Phone: (414) 225-1413
lglusman@amundsendavislaw.com
ebehn@amundsendavislaw.com

2

Case 2:23-cv-01357-PP    Filed 01/04/24    Page 2 of 2    Document 14-1