UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

PABLITO VEGA,

    Plaintiff,

vs.

Case No. 23-CV-1357

COMMUNITY DEVELOPMENT FINANCIAL
  INSTITUTION LOCAL INITIATIVES SUPPORT
  CORPORATION MILWAUKEE OFFICE,
COMMUNITY DEVELOPMENT FINANCIAL
  INSTITUTION MILWAUKEE ECONOMIC
  DEVELOPMENT CORPORATION,

    Defendants.

## CERTIFICATE OF SERVICE

The undersigned, Emily M. Behn, hereby certifies that on today's date she caused a copy of the following document to be served on Pablito Vega by U.S. Mail to: 1314 1st Street, Milwaukee, WI 53204.

**<u>Milwaukee Economic Development Corporation: Reply Brief in Support of its Motion to Dismiss</u>**

Dated this 4th day of January, 2024.

        Amundsen Davis, LLC
        Attorneys for Defendant Milwaukee Economic
        Development Corp.

          *Emily M. Behn – Electronically signed*
        By:_____
        Lawrence J. Glusman - State Bar No. 1024507
        Emily M. Behn - State Bar No. 1119202

MAILING ADDRESS:
111 E. Kilbourn Avenue, Suite 1400
Milwaukee, WI 53202
Phone: (414) 225-1413
lglusman@amundsendavislaw.com
ebehn@amundsendavislaw.com