UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

PABLITO VEGA,

    Plaintiff,

vs.

    Case No. 23-CV-1357

COMMUNITY DEVELOPMENT FINANCIAL
   INSTITUTION LOCAL INITIATIVES SUPPORT
   CORPORATION MILWAUKEE OFFICE,
COMMUNITY DEVELOPMENT FINANCIAL
   INSTITUTION MILWAUKEE ECONOMIC
   DEVELOPMENT CORPORATION,

    Defendants.

## CERTIFICATE OF SERVICE

The undersigned, Emily M. Behn, hereby certifies that on today's date she caused a copy of the following document to be served on Pablito Vega by U.S. Mail to: 1314 1st Street, Milwaukee, WI 53204.

**Consent to Proceed**

Dated this 8th day of January, 2024.

    Amundsen Davis, LLC
    Attorneys for Defendant Milwaukee Economic
    Development Corp.

    *Emily M. Behn – Electronically signed*
    By:_____
    Lawrence J. Glusman - State Bar No. 1024507
    Emily M. Behn - State Bar No. 1119202

<u>MAILING ADDRESS:</u>
111 E. Kilbourn Avenue, Suite 1400
Milwaukee, WI 53202
Phone: (414) 225-1413
lglusman@amundsendavislaw.com
ebehn@amundsendavislaw.com