# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Wisconsin

CLERK USDC EDWL
FILED

2024 JAN 10 P 1:40

| | | |
|---|---|---|
| PABLITO VEGA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 23 CV 1357 |
| MEDC | ) | |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: David E. Latona, Office of the President, MEDC, 757 North Broadway Avenue, Suite 600, Milwaikee, WI 53202
PHONE: 1-414-269-1440, FAX: 1-414-269-1466. https://www.medconline.com/our-team

*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: The names, dollar amount & usage purpose of all of the businesses in WISCONSIN that were awarded a Grant or Forgivable Loan by MEDC from APRII 2022 to JAN 2024 deriving from the Wisconsin Department of Administration's Special Purpose Credit Program via the ARPA.

| Place: US District Court House | Date and Time: |
|---|---|
| Chief Judge Pamala Pepper, Court Room 222 517 WISCONSIN Avenue, MIL., WI 53202 | 15 JAN 2024 @ 1000 CST |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| *N-A* | *N-A* |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 1/08/24

GINA M. COLLETTI
*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

OR

8 JAN 24

*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* PABLITO VEGA
1314 SOUTH FIRST STREET, LOBBY SUITE, MILWAUKEE, WI 53202 , who issues or requests this subpoena, are:

Pablito Vega, Vega Global Advisors, 1314 S. 1st St., Milwaukee, WI 53202, Vegas_P@outlook.com, 1-609-874-9129 PH

## Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

*Case Party Per Fed. R. Civ P. 45(a)(4)*