

USPS FIRST-CLASS MAIL®

U.S. POSTAGE
$0.66
53202
FCM
Date of sale
01/08/24
02  6W SSK
2000392850
921140108153227

0.60 oz
RDC 99

JAN 10 2024

United States District Court House
Eastern District of Wisconsin at Milwaukee Division
Office of the US Clerk
Suite Office 362
517 East Wisconsin Avenue
MILWAUKEE WI 53202

R. Vega
1314 South 1st Street
Milwaukee, WI 53204