pp

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
для the
Eastern District of Wisconsin

CLERK USDC EDWI
FILED
2024 JAN 10 P 1:40

| PABLITO VEGA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 23 CV 1357 |
| LISC | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: **Theodore Lipscomb, Sr.**
**Executive Director, LISC Milwaukee Office**
*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Large Yellow Envelope Posted Marked on 20 OCT 2023 containing LISC Date STamped Received on face of envelope on any day of 23, 24, 25, 26, or 27 mailed from Pablito Vega, 1314 South First Street, LOBBY SUITE, Milwuakee WI 53204 to Office of Legal Counsel, LISC Milwaukee Office, 234 WEST FLORIDA STREET, SUITE 204, MILWAUKEE WI 53204. Along with any other materials within such large yellow envelope also date stamp receieved by LISC.

| Place: | US District Court House<br>Chief Judge Pamala Pepper, Court Room 222<br>517 East Wisconsin Avenue<br>MILWUAKEE WI 53202 | Date and Time:<br>12 JAN 2024 @ 1000 CST |
|---|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: N-A | Date and Time: N-A |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: JAN 03 2024

GINA M. COLLETTI
CLERK OF COURT

*Signature of Clerk or Deputy Clerk*     OR     3 JAN 2024     *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* **PABLITO VEGA**
1314 SOUTH FIRST STREET, LOBBY SUITE, MILWAUKEE, WI 53204, Vegas_P@outlook.com who issues or requests this subpoena, are:

PABLITO VEGA, Vega Global Advisors, 1314 S. 1st Street, Lobby Suite, Milwaukee WI 53204, 1-609-874-9129 PH, 1-248-748-2576 FAX

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Case 2:23-cv-01357-PP   Filed 01/10/24   Page 1 of 1   Document 18

(Case Part 1 Por Fed. R. Civ. P 45(a)(4)     PAGE 1 OF 1