UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

PABLITO VEGA,

    Plaintiff,        Case No. 23-cv-1357

vs.

COMMUNITY DEVELOPMENT FINANCIAL
INSTITUTION LOCAL INITIATIVES SUPPORT
CORPORATION MILWAUKEE OFFICE

and

COMMUNITY DEVELOPMENT FINANCIAL
INSTITUTION MILWAUKEE ECONOMIC
DEVELOPMENT CORPORATION

    Defendants.

## NOTICE OF APPEARANCE

Please take notice that Attorney Russell J. Karnes of the law firm Mallery s.c., has been retained by and appears as attorney for Local Initiatives Support Corporation, in the above-captioned action, and requests that copies of all pleadings and notices of all proceedings be served on the undersigned below.

Dated this 11th day of January, 2024.

    MALLERY, S.C.

    By: *Electronically signed by Russell J. Karnes*
        RUSSELL J. KARNES
        State Bar No. 1054982
        Email: rkarnes@mallerysc.com

P.O. ADDRESS:
731 North Jackson Street, Suite 900
Milwaukee, Wisconsin 53202
Telephone: 414-271-2424
Facsimile: 414-271-8678