UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

PABLITO VEGA,

              Plaintiff,              Case No. 23-cv-1357

vs.

COMMUNITY DEVELOPMENT FINANCIAL
INSTITUTION LOCAL INITIATIVES SUPPORT
CORPORATION MILWAUKEE OFFICE

and

COMMUNITY DEVELOPMENT FINANCIAL
INSTITUTION MILWAUKEE ECONOMIC
DEVELOPMENT CORPORATION

              Defendants.

## DEFENDANT LOCAL INITIATIVES SUPPORT CORPORATION'S NOTICE OF MOTION AND MOTION TO DISMISS AND MOTION TO QUASH SUBPOENA

      Defendant, Local Initiatives Support Corporation ("LISC"), by its attorneys, Mallery s.c., hereby moves the Court, the Honorable Pamela Pepper, for an order to dismiss all claims for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(5) and to quash subpoena pursuant to Fed. R. Civ. P. 45(b) and (d)(3).

      In support thereof, and for the reasons set forth in the Brief in Support of Motion filed contemporaneously herewith, Defendant states as follows:

      1.    On October 12, 2023, Plaintiff, *pro se*, filed a complaint against LISC alleging defendant committed violations of the Equal Credit Opportunity Act, 15 U.S.C. § 1691 *et seq*. ("ECOA") (Docket No. 1).

2. LISC has not been served with a copy of the summons and complaint as required by Rule 4(c), nor has it waived service under Rule 4(d).

3. The Plaintiff has failed to properly serve and has failed to file proof of service on the defendant LISC.

4. Pursuant to Rule 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time."

5. More than 90 days have passed since the filing of the complaint.

6. The Plaintiff has not moved the Court to allow additional time to complete service despite the Court alerting the Plaintiff to his failure to provide proof of service in its text order denying the motion for default judgment on December 27, 2023. (Docket 10).

7. In addition, LISC received a subpoena to produce documents on or about January 8, 2024 by mail, demanding that it produce certain documents on January 12, 2024 at 10 am in Judge Pamela Pepper's Court Room. A copy of the subpoena is attached hereto as Exhibit 1.

8. Pursuant to Rule 45(b), a subpoena must be properly served, and the subpoena was not properly served.

9. The subpoena does not provide a reasonable time for compliance because it was sent to LISC by mail only a few days before the return date. Fed. R. Civ. P. 45(d)(3)(a)(i).

10. The subpoena is unduly burdensome because it requests irrelevant information and only requests the production of documents and there is no provision to allow production without appearing in person as required by Fed. R. Civ. P. 45(d)(2)(A).

11. For the foregoing reasons, and for the additional reasons set forth in the enclosed brief, the Court should deny Plaintiff's motion to reconsider, dismiss this action in its entirety against LISC, and quash the Plaintiff's subpoena.

Dated this 11th day of January, 2024.

                                                MALLERY sc
                                                Attorneys for Defendant Local Initiatives Support Corporation

                                By:    */s/Russell J. Karnes*
                                         Russell J. Karnes
                                           State Bar No. 1054982

<u>P.O. ADDRESS</u>
731 North Jackson Street, Suite 900
Milwaukee, Wisconsin 53202
Phone (414) 271-2424
Fax (414) 271-8678
Email:  rkarnes@mallerysc.com