UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

PABLITO VEGA,

          Plaintiff,          Case No. 23-cv-1357

    vs.

COMMUNITY DEVELOPMENT FINANCIAL
INSTITUTION LOCAL INITIATIVES SUPPORT
CORPORATION MILWAUKEE OFFICE

and

COMMUNITY DEVELOPMENT FINANCIAL
INSTITUTION MILWAUKEE ECONOMIC
DEVELOPMENT CORPORATION

          Defendants.

### DEFENDANT LOCAL INITIATIVES SUPPORT CORPORATION'S OBJECTION TO REQUEST AND MOTION FOR THE ENTRY OF DEFAULT JUDGMENT

Because Local Initiatives Support Corporation is not in default and for the reasons already articulated in the motion to dismiss and motion to quash subpoena, (Dkt. 21), Local Initiatives Support Corporation hereby objects to the plaintiff's request and motion for the entry of default judgment, (Dkts. 30 and 31).

Dated this 21st day of February, 2024.

          MALLERY sc
          Attorneys for Defendant Local Initiatives Support
          Corporation

By:   */s/Russell J. Karnes*
      Russell J. Karnes
      State Bar No. 1054982

P.O. ADDRESS
731 North Jackson Street, Suite 900
Milwaukee, Wisconsin 53202
Phone (414) 271-2424
Fax (414) 271-8678
Email: rkarnes@mallerysc.com