UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

PABLITO VEGA,

                Plaintiff,                Case No. 23-cv-1357

    vs.

COMMUNITY DEVELOPMENT FINANCIAL
INSTITUTION LOCAL INITIATIVES SUPPORT
CORPORATION MILWAUKEE OFFICE

and

COMMUNITY DEVELOPMENT FINANCIAL
INSTITUTION MILWAUKEE ECONOMIC
DEVELOPMENT CORPORATION

                Defendants.

---

## CERTIFICATE OF SERVICE

---

      I hereby certify that a copy of Defendant's objection to request and motion for the entry of default judgment, were served by first-class mail upon the following person on February 21, 2024:

PABLITO VEGA
1314 S. 1st St
Milwaukee, WI 53204

                              */s/Russell J. Karnes*
                              Russell J. Karnes
                              State Bar No. 1054982
                              Mallery sc